1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10

ELIZABETH MONTILLA,                )

               Plaintiff,        )

11

vs.                                )

12

WAL-MART STORES, INC.,             )

13

             Defendant(s).      )

14

Case No. 2:13-cv-02348-GMN-CWH

**RECUSAL ORDER**

15
16
17

      With good cause appearing, the Honorable Carl W. Hoffman recuses himself in this action. Accordingly, **IT IS HEREBY ORDERED** that this action shall be referred to the Clerk of Court for random reassignment of this case for all further proceedings.

18
19

      **IT IS FURTHER ORDERED** that the hearing set on September 15, 2015 (doc. # 41) is **vacated**.

20

      DATED: September 10, 2015

21
22
23

_____

C.W. Hoffman, Jr.
United States Magistrate Judge

24
25
26
27
28