1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  TIMOTHY J. LEPORE
   Nevada Bar No. 1908
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510

6  *Attorneys for Defendant*
7  *Wal-Mart Stores, Inc.*

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

10 ELIZABETH MONTILLA, individually, | Case No.: 2:13-cv-02348-GMN-CWH

11              Plaintiff,

12 v.                                | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

13 WAL-MART STORES, INC., a Foreign
   Corporation; DOES I - X, and ROE
14 CORPORATIONS I - X, inclusive,

15              Defendants.

16 IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

17 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1 | party's own costs and attorney's fees.

2 | DATED this 2nd day of Dec, 2015.           DATED this 8th day of December, 2015.

**BOWEN LAW OFFICES**                         **PHILLIPS, SPALLAS & ANGSTADT**

*(signature)*                                 *(signature)* Brenda Entzminger

Jerome R. Bowen, Esq.                         Timothy J. Lepore
9960 W. Cheyenne Avenue, Suite 250            504 South Ninth Street
Las Vegas, NV 89129                           Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                     *Attorneys for Defendant*
*Elizabeth Montilla*                          *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 15 day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE